UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT JAMES CLUFF,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION, et al.,<br><br>        Defendants. | Case No.: 21cv115-L-LL<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 4]** |

   Pending before the court is a motion to dismiss filed by Defendant United States Customs and Border Protection. [ECF no. 4.] *In lieu* of opposing the motion, Plaintiff filed an amended complaint. [ECF no. 5.] Accordingly, motion to dismiss is denied as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Defendants shall file a response to the amended complaint, if any, no later than the time provided for in Federal Rule of Civil Procedure 15(a)(3).

   **IT IS SO ORDERED.**

Dated: June 1, 2021

Hon. M. James Lorenz
United States District Judge